PER CURIAM.
Affirmed. Williams v. State, 110 So.2d 654 (Fla.1959); Talley v. State, 160 Fla. 593, 36 So.2d 201 (1948); Fraterrigo v. State, 151 Fla. 634, 10 So.2d 361 (1942); Robertson v. State, 94 Fla. 770, 114 So. 534 (1927); Crum v. State, 172 So.2d 24 (Fla. 3d DCA 1965). See also Bordenkircher v. Hayes, 434 U.S. 357, 98 S.Ct. 663, 54 L.Ed.2d 604 (1978); Jones v. State, 360 So.2d 1293, 1296 (Fla. 3d DCA 1978).